ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
Angela W. Woolridge
Assistant U.S. Attorney
Arizona State Bar No. 022079
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: angela.woolridge@usdoj.gov
Attorneys for Plaintiff

**FILED**

2018 JAN -3 AM 11: 55

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR18-0032TUC JAS (EJM)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America,  Plaintiff,  vs.  Anthony Delbert Jones, Jr.,  Defendant. | I N D I C T M E N T  Violation:  18 U.S.C. § 922(g)(1)  (Possession of Firearm and Ammunition by Convicted Felon) |
|---|---|

**THE GRAND JURY CHARGES:**

On or about March 31, 2017, at or near Tucson, in the District of Arizona, ANTHONY DELBERT JONES, JR., having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, that is, Possession of a Firearm by a Convicted Felon in violation of California Penal Code 29800(a)(1), a felony offense, case number 14F02173, Superior Court of California for the County of Sacramento, on April 22, 2014; did knowingly possess a firearm and ammunition, that is, one Ruger, model LCR, .38 caliber revolver, serial number 541-17683; one round of Remington .38 caliber ammunition, one round of Speer .38 caliber ammunition, and three rounds of Federal .38 caliber ammunition; said firearm and ammunition being in and affecting commerce in that

/ / /

they were previously transported into the state of Arizona from another state or foreign country; in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2).

A TRUE BILL

/s/
Presiding Juror

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

/s/

Assistant U.S. Attorney

Dated: January 3, 2018

REDACTED FOR
PUBLIC DISCLOSURE