JON M. SANDS
Federal Public Defender
**J. LEONARDO COSTALES**
Assistant Federal Public Defender
Louisiana State Bar# 35721
407 W. Congress, Suite 501
Tucson, AZ 85701-1355
Telephone: (520)879-7500
*Attorney for Defendant*
*Leo_Costales@fd.org*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States Of America, | CR18-0032-TUC-JAS (EJM) |
| Plaintiff, | |
| v. | MOTION TO CONTINUE TRIAL AND ALL DATES |
| Anthony Delbert Jones, Jr., | (No Hearing Requested) |
| Defendant. | (First Request) |

    Defendant, Anthony Delbert Jones, Jr., through counsel undersigned, requests a 60 day continuance of the Plea Deadline set for March 2, 2018, and of the Trial set for March 20, 2018.  This request for continuance is made because additional time is needed for trial preparation, including, but not limited to, researching issues that are pertinent to the above-mentioned case.

    Angela Woolridge, Assistant U.S. Attorney, has indicated she has no objection to said request.

It is expected that excludable delay under Title 18, United States Code, § 3161 (h)(7)(A) will occur as a result of this motion or an order based thereon. This motion is made in good faith and not for the purpose of delay.

**RESPECTFULLY SUBMITTED:** February 27, 2018.

JON M. SANDS
Federal Public Defender

*/s/ J. Leonardo Costales*
**J. LEONARDO COSTALES**
Assistant Federal Public Defender

*I hereby certify that on the above date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:*

Angela W. Woolridge, AUSA