JON M. SANDS
Federal Public Defender
**J. LEONARDO COSTALES**
Louisiana State Bar# 35721
**JORDAN PERRY MALKA**
State Bar No. 6321055 (Illinois)
Assistant Federal Public Defenders
407 W. Congress, Suite 501
Tucson, AZ 85701-1355
Telephone: (520)879-7500
*Attorneys for Defendant*
Leo_Costales@fd.org
jordan_malka@fd.org

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States Of America, | CR18-0032-TUC-JAS (EJM) |
| Plaintiff, | |
| v. | **NOTICE OF NAME CORRECTION** |
| Antony Delbert Jones, Jr., | |
| Defendant. | |

Antony Delbert Jones, Jr., through undersigned counsel, respectfully notifies the Court that his true and correct name is Antony Delbert Jones, Jr. "Anthony," as he has been referred to in previous filings, is a common misspelling, but is incorrect.

**RESPECTFULLY SUBMITTED:** May 17, 2019.

JON M. SANDS
Federal Public Defender


*/s/ J. Leonardo Costales*
**J. LEONARDO COSTALES**
Assistant Federal Public Defender