1  JON M. SANDS
Federal Public Defender
2  **J. LEONARDO COSTALES**
Louisiana State Bar# 35721
3  **JORDAN PERRY MALKA**
State Bar No. 6321055 (Illinois)
4  Assistant Federal Public Defenders
5  407 W. Congress, Suite 501
Tucson, AZ 85701-1355
6  Telephone: (520)879-7500
7  *Attorneys for Defendant*
Leo_Costales@fd.org
8  jordan_malka@fd.org
9

## IN THE UNITED STATES DISTRICT COURT
10

## FOR THE DISTRICT OF ARIZONA
11

12  | United States Of America, | CR18-0032-TUC-JAS (EJM) |
13  | | |
14  | Plaintiff, | **MOTION TO CONTINUE SENTENCING HEARING** |
15  | v. | |
16  | Antony Delbert Jones, Jr., | **(First Request)** |
17  | Defendant. | **(No Hearing Requested)** |
18

19  Antony Delbert Jones, Jr., through undersigned counsel, respectfully moves this

20  Court to continue his sentencing for a period of 30 days. Defense counsel is unavailable on

21  the current date, as he will be at the National Seminar for Federal Defenders. Defense

22  counsel also needs additional time to prepare for sentencing.

24  Angela Woolridge, AUSA, has been contacted and notes no objection to this request.

25  This request is made in good faith and not for the purpose of delay.

26  / / /

27  / / /

28  / / /

1

**RESPECTFULLY SUBMITTED:** May 17, 2019.

2

3
JON M. SANDS
Federal Public Defender

4

5
*/s/ J. Leonardo Costales*

6
**J. LEONARDO COSTALES**
Assistant Federal Public Defender

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28