JON M. SANDS
Federal Public Defender
**J. LEONARDO COSTALES**
Louisiana State Bar# 35721
**JORDAN PERRY MALKA**
State Bar No. 6321055 (Illinois)
Assistant Federal Public Defenders
407 W. Congress, Suite 501
Tucson, AZ 85701-1355
Telephone: (520)879-7500
*Attorneys for Defendant*
Leo_Costales@fd.org
jordan_malka@fd.org

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States Of America,<br><br>Plaintiff,<br><br>v.<br><br>Antony Delbert Jones, Jr.,<br><br>Defendant. | CR18-0032-TUC-JAS (EJM)<br><br>**MOTION TO CONTINUE SENTENCING HEARING**<br><br>**(Second Request)**<br><br>**(No Hearing Requested)** |

Antony Delbert Jones, Jr., through undersigned counsel, respectfully moves this Court to continue his sentencing currently set for July 5, 2019, and be reschedule to September 19, 2019, at 10:20 a.m. Defense counsel requires additional time to prepare mitigation materials for sentencing.

Angela Woolridge, AUSA, has been contacted and notes no objection to this request. This request is made in good faith and not for the purpose of delay.

/ / /

/ / /

**RESPECTFULLY SUBMITTED:** July 1, 2019.

JON M. SANDS
Federal Public Defender


*/s/ J. Leonardo Costales*
**J. LEONARDO COSTALES**
Assistant Federal Public Defender